UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

RAFAEL PACHECO and
SAYDIE BONILLA,

Defendants.

**UNSEALING ORDER**

26 Cr. 326

Upon the application of the United States, by the United States Attorney for the Southern District of New York, James M. McDonald, by Assistant United States Attorney Getzel Berger;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
September 11, 2026

Jennifer E. Willis

THE HON. JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK