UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>-against-<br>SAYDIE NOELLE BONILLA and<br>RAFAEL PACHECO,<br>Defendants. | 26-CR-326 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The parties shall appear for a conference on October 6, 2026 at 12:15 PM. Time shall be excluded accordingly under the Speedy Trial Act.

**SO ORDERED.**

Dated: New York, New York
September 24, 2026

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge